| | |
|---|---|
| | Hon. Ronald B. Leighton |

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| THE ESTATE OF DEVAN THOMAS VYBORNY, CHRISTOPHER A. VYBORNY, Administrator; CHRISTOPHER VYBORNY and JANICE VYBORNY, individually and the marital community composed thereof,<br><br>Plaintiffs,<br><br>v.<br><br>THURSTON COUNTY, a municipal corporation and/or a political subdivision of the State of Washington, THURSTON COUNTY 911 DISPATCH/CALL CENTER, THURSTON COUNTY MEDIC ONE, JOHN DOE 1-10, and JANE DOE 1-10, in their individual capacities, and as employees of THURSTON COUNTY, and AIRLIFT NORTHWEST, a Washington corporation, and JOHN ROE 1-10 and JANE ROE 1-10, in their individual capacities and as employees of AIRLIFT NORTHWEST,<br><br>Defendants. | NO. 09-05197-RBL<br><br>**AIRLIFT NORTHWEST'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Airlift Northwest states that it is a 501(c)(3) nonprofit organization incorporated under the laws of Washington. Airlift Northwest does not have a parent corporation and no publicly held company

AIRLIFT NORTHWEST'S
CORPORATE DISCLOSURE STATEMENT - 1
(No. 09-05197-RBL)

LAW OFFICES OF
**MILLS MEYERS SWARTLING**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

owns ten percent (10%) or more of Airlift Northwest.

DATED: April 16, 2009

                                              MILLS MEYERS SWARTLING
                                              Attorneys for Airlift Northwest

By:    s/Geoffrey M. Grindeland
         WSBA No. 35798
         ggrindeland@mms-seattle.com
         David M. Schoeggl
         WSBA No. 13638
         dschoeggl@mms-seattle.com

AIRLIFT NORTHWEST'S
CORPORATE DISCLOSURE STATEMENT - 2
(No. 09-05197-RBL)

LAW OFFICES OF
**MILLS MEYERS SWARTLING**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON  98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

# CERTIFICATE OF SERVICE

I certify that on April 16, 2009, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Washington using the CM/ECF system which will send notification of such filing to:

Dean L. D'Mellow
dmellowmk@yahoo.com

Jane Futterman
futterj@co.thurston.wa.us,olsenl@co.thurston.wa.us

Ronald Anthony Gomes
rongomes@psbls.com,ron@gomeslawfirm.com

David V. Klumpp
klumppd@co.thurston.wa.us,olsenl@co.thurston.wa.us

And I hereby certify that I have mailed by United States Postal Service the foregoing to the following non CM/ECF participants: N/A

Signed at Seattle, Washington on April 16, 2009.

*Kendra Brown*
Kendra Brown
Legal Assistant

AIRLIFT NORTHWEST'S
CORPORATE DISCLOSURE STATEMENT - 3
(No. 09-05197-RBL)

LAW OFFICES OF
MILLS MEYERS SWARTLING
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343